UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALBERT ARCHITECTURE & URBAN DESIGN, apllc | * * * | CIVIL ACTION NO. 07-3898 |
| VERSUS | * * | SECTION: C (Judge Berrigan) |
| DAVID L. DUPLANTIS, LLOYD ANDREW POSINTERRY, II, DUPLANTIS DESIGN GROUP, P.C., OTTO B. CANDIES, III, and OTTO CANDIES, L.L.C.. | * * * * * | MAGISTRATE: 4 (Judge Roby) |

**********************************************************

### ORDER OF DISMISSAL

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of Plaintiff, Albert Architecture & Urban Design, apllc, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 19th day of February, 2008.

_____
Judge